## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TEODORO ESTRADA-ALVAREZ, | : | Civil No. 1:22-CV-01008 |
| | : | |
| Petitioner, | : | |
| | : | |
| v. | : | |
| | : | |
| UNITED STATES OF AMERICA, *et al.*, | : | |
| | : | |
| | : | |
| Respondents. | : | Judge Jennifer P. Wilson |

### <u>ORDER</u>

**AND NOW**, on this 28th day of November, 2023, for the reasons set forth in the accompanying memorandum, **IT IS ORDERED THAT:**

1. Petitioner's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241, Doc. 1, is **DISMISSED** as moot.

2. The Clerk of Court will **CLOSE** the case.

<u>s/Jennifer P. Wilson</u>
JENNIFER P. WILSON
United States District Judge
Middle District of Pennsylvania